UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| WILBERT CHARLES MANNING<br>    LA. DOC #126805<br>VS. | CIVIL ACTION NO. 5:15-cv-1034<br><br>SECTION P<br><br>JUDGE ELIZABETH E. FOOTE |
| CADDO CORRECTIONAL<br>CENTER, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 14], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the complaint be **DISMISSED WITH PREJUDICE** as malicious and frivolous for failing to state a claim for which relief may be granted and for seeking money damages from defendants who are immune from suit, all in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**The Clerk of Court is directed to send a copy of this judgment to the Keeper of the Three Strikes List.**

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 10th day of August, 2015.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE